UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO MASTERS,<br><br>    Plaintiff<br><br>    v.<br><br>HALSEY, et al.,<br><br>    Defendants | Case No.  3:22-cv-00246-MMD-CLB<br><br>**ORDER** |

Plaintiff, who is proceeding *pro se*, initiated this case with a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). However, Plaintiff did not sign the complaint. (*Id.* at 6). Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel is required to sign his complaint. Fed. R. Civ. P. 11(a). Because Plaintiff did not sign the complaint, the Court cannot consider it.

As such, the Court grants Plaintiff a **one-time** extension to submit a signed amended complaint to the Court on or before **October 21, 2022**. If Plaintiff chooses to file an amended complaint, he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). Therefore, a mere signature page will not be sufficient. Plaintiff should file the signed amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

**IT IS THEREFORE ORDERED** that:

1. The Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint at ECF No. 1-1. If Plaintiff files a signed amended complaint, he should use the Court's approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

2. If Plaintiff chooses to file a signed amended complaint, Plaintiff will file the signed amended complaint with this Court on or before **October 21, 2022**.

3. If Plaintiff does not file a signed amended complaint on or before **October 21, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a signed amended complaint.

DATED THIS  19th  day of September 2022.

_____
UNITED STATES MAGISTRATE JUDGE