# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

Antonio Masters,

    Plaintiff,

v.

Halsey, et al.,

    Defendants.

Case No. 3:22-cv-00246-MMD-CLB

**ORDER RE: VIOLATION OF GENERAL ORDER 2021-05**

ECF No. 30

.

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On April 27, 2023, Plaintiff filed a document titled "Declaration of Robert Beltran", (ECF No. 30.)

This filing violates the following provision(s) of GO 2021-05:

- ☐ Motion, Opposition or reply exceeds page limit without leave of court. GO 2021-05, § 3(a).

- ☐ Improper Supplement or Sur-Reply filed without leave of court. GO 2021-05, § 3(b).

- ☐ Improper "Notice" or "Letter." GO 2021-05, § 3(d).

- ☐ Duplicate filing of previously filed motion, ECF No. _____. GO 2021-05, § 3(f).

- ☒ Improperly filed declaration, affidavit, or exhibit that is not filed in support of a motion, opposition, or reply. GO 2021-05, § 3(e).

Based on the above violations of GO 2021-05, ECF No. __30__ is:

☑ Stricken

☐ Denied.

**IT IS SO ORDERED.**

DATED: __April 28, 2023__.

_____
**UNITED STATES MAGISTRATE JUDGE**