AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants,
Tasheena Cooke, David Halsey,
and Ray Rivera*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO MASTERS, | Case No. 3:22-cv-00246-CLB |
| Plaintiff | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| HALSEY, *et al.*, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Antonio Masters, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 13th day of February, 2024.

DATED this 13th day of February, 2024.
AARON D. FORD
Attorney General

_____
Antonio Masters #1192777
*Plaintiff, pro se*

/s/ *Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  February 14         , 2024.

_____
UNITED STATES MAGISTRATE JUDGE